# EXHIBIT A



Comprehensive Report prepared for Osa Consulting Group LLC on September 2, 2020

# TABITHA N PARKER

IDI is not a "consumer reporting agency" and its services, including this report, do not constitute "consumer reports," as these terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"). IDI services, including this report, may not be used in whole or in part as a factor in establishing an individual's eligibility for credit, insurance, employment nor for any other purpose under the FCRA.

idiCORE may only be accessed and used in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA"), and other applicable laws. By accessing and using idiCORE, Subscriber reaffirms its understanding and agreement to the foregoing. Subscriber shall be liable for its use of this system. Any misuse, or violation of Subscriber agreements and/or applicable law, will result in investigation and termination of access.