UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-80282-CANNON

TABITHA PARKER,

    Plaintiff,

v.

INTERACTIVE DATA, LLC,

    Defendant.

_____/

### STIPULATION TO DISMISS INTERACTIVE DATA, LLC WITHOUT PREJUDICE

Plaintiff Tabitha Parker ("Plaintiff") and Defendant Interactive Data, LLC ("IDI") file this Stipulation To Dismiss IDI Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in support thereof respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff and IDI to be determined by the Court. Plaintiff hereby stipulates that all claims or causes of action against IDI are hereby dismissed without prejudice without costs or fees to any party.

IT IS SO STIPULATED.

Dated:  June 8, 2022

**TABITHA PARKER**

*/s/ Brandon Hill*
Brandon Hill (Florida Bar No.: 37061)
Luis A. Cabassa (Florida Bar No.: 53643)
WENZEL FENTON CABASSA, P.A.
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Telephone: (813) 224-0431
Facsimile: (813) 229-8719
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com

*Counsel for Plaintiff Tabitha Parker*

INTERACTIVE DATA, LLC

*/s/ Gillian D. Williston*
Gillian D. Williston (Florida Bar No.: 14270)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: gillian.williston@troutman.com

*Counsel for Defendant Interactive Data, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of June, 2022, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send a notice of electric filing to all counsel of record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**